ELIZABETH M. DOLAN, Appellant, v. HARRY T. DOLAN, Respondent.— Motion to resettle order filed and entered in this court on January 28, 1946, so as to include the following finding of fact: " At the present time the amount agreed

to be paid the plaintiff for her support is inadequate." Motion granted. All concur. [See *ante*, p. 788.]